*E-Filed 4/8/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIE WEAVER,

          Plaintiff,

    v.

GROOMING STANDARDS, et al.,

          Defendants.

_____/

No. C 14-0917 RS (PR)

**JUDGMENT**

    The action having been dismissed without prejudice, judgment is hereby entered in favor of defendants.  Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED**.

DATED:  April 8, 2014

                             RICHARD SEEBORG
                             United States District Judge

**United States District Court**
For the Northern District of California